UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:12-CR-239 |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK DESIMONE (20) | ) | |
| | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on movant Kimberley DeSimone's motion for "all information on the above case." (Doc. No. 1013). The Court cannot discern from the movant's filing what information she seeks, nor the basis for her request. Because the Court cannot determine the relief sought by the movant, the Court will **DENY** the motion without prejudice. The Clerk of Court is directed to send a copy of this order to the movant's address listed on the filing.

**SO ORDERED.**

Signed: May 15, 2015

Graham C. Mullen
United States District Judge